722

Commonwealth *v.* Mimms, Appellant.

Submitted December 8, 1972. *James J. Phelan, Jr.,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Mitchell, Appellant.

Submitted December 12, 1972. *Martin A. Ostrow,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Montague, Appellant.

Argued December 4, 1972. *Donald B. Corriere,* Assistant Public Defender, for appellant; *Salvador J. Salazar,* Assistant District Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.